*J. W. Gordon,* for appellant.

———————•———————

## BROWN *v.* THE STATE.

APPEAL from the *Marion* Circuit Court.

ELLIOTT, C. J.—Five cases, for selling intoxicating liquor to a minor, Nos. 3766, 3767, 3768, 3813 and 3814. In all of these cases the same question precisely is presented as in the above cases of the same appellant v. *The State,* and they are, therefore, all reversed for the reason given in that case.

*J. W. Gordon,* for appellant.